Prob 12C

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PETITION FOR WARRANT OR SUMMONS FOR
OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **Offender Name:** | Clayton Eugene HOWARD |
| **Docket Number:** | 2:01CR00164-01 |
| **Offender Address:** | Reno, Nevada |
| **Judicial Officer:** | Honorable William B. Shubb<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 10/10/2001 |
| **Original Offense:** | 18 USC 922(g)(1) - Felon in Possession of a Firearm (Class C Felony) |
| **Original Sentence:** | 51 months custody of the Bureau of Prisons; 36 month-term of Supervised Release; $100 Special Assessment |
| **Special Conditions:** | Search; Financial disclosure; Drug and alcohol treatment; Drug and alcohol testing; Totally abstain from the use of alcoholic beverages; Co-payment for treatment. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/14/2005 |
| **Assistant U.S. Attorney:** | Richard J. Bender    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Matthew Bockmon    **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:  **Clayton Eugene HOWARD**
      **Docket Number:  2:01CR00164-01**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

## PETITIONING THE COURT

**( X )   TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**      **NEW LAW VIOLATION**

On May 30, 2005, the offender created a disturbance at an apartment complex located at 930 "I" Street, Sparks, Nevada, and was subsequently arrested for Disturbing the Peace by the Sparks Police Department.  The above is in violation of the Standard Condition that states "The defendant shall not commit another federal, state, or local crime."

**Charge 2:**      **ASSOCIATING WITH A CONVICTED FELON**

Between on or about January 14, 2005, and May 27, 2005, the offender associated with Quanah Sala, a convicted felon, in violation of Standard Condition Number 9, which states in part "The defendant....shall not associate with any person convicted of a felon."

**Charge 3:**      **LEAVING THE DISTRICT WITHOUT PERMISSION**

On May 27, 2005, the offender traveled out of the District of Nevada to the Eastern District of California, and to the city of Lodi, without permission of the probation officer, in violation of Standard Condition Number 1, which states "The defendant shall not leave the judicial district without permission of the court or probation officer."

**RE:    Clayton Eugene HOWARD**
**        Docket Number:  2:01CR00164-01**
**        PETITION FOR WARRANT OR SUMMONS**
**        FOR OFFENDER UNDER SUPERVISION**

**Charge 4:        FALSIFYING THE WRITTEN MONTHLY REPORT FORM**

The written monthly report forms submitted by the offender for the months of January through April 2005, falsely indicated that he was residing at 5745 Ann Madeline, Sparks, Nevada, when in fact he was also residing at 810 G Street, Sparks, Nevada.  The above is in violation of Standard Condition Number 2, which states in part "The defendant....shall submit a truthful and complete report," and in violation of 18 USC 1001 - Falsifying Federal Documents.

**Justification:**        Since his release from custody on January 14, 2005, the offender has been supervised in the District of Nevada, while residing in Sparks, Nevada.  The offender has an extensive criminal history including drug charges, several weapon charges, forgery, theft, and violence.  The victims of the above, Disturbing the Peace arrest in Sparks, Nevada, may be at risk of being harmed by the offender.

**Bail/Detention:**        Given the nature of the charges and potential penalties, the defendant is viewed as both a danger and a flight risk.  It is recommended he be ordered detained.  This will authorize the United States Marshal to lodge a detainer with authorities in Nevada so the violation may be addressed after adjudication of the state charges.

**RE:   Clayton Eugene HOWARD**
**Docket Number:  2:01CR00164-01**
**PETITION FOR WARRANT OR SUMMONS**
<u>**FOR OFFENDER UNDER SUPERVISION**</u>


**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:   June 13, 2005
Sacramento, California
RGL:jz

Respectfully submitted,

/s/   Rafael G. Loya

**RAFAEL G. LOYA**
**Supervising United States Probation Officer**
Telephone:  (916) 930-4324

**RE:    Clayton Eugene HOWARD
         Docket Number:  2:01CR00164-01
         PETITION FOR WARRANT OR SUMMONS
         FOR OFFENDER UNDER SUPERVISION**

---

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

( x )   The issuance of a warrant          ( x )   No Bail

### FURTHER PROCEEDINGS REGARDING CUSTODY:

( x )   Initial appearance and detention hearing before Magistrate Judge.


**Date**: June 13, 2005

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


cc:    United States Probation
       Richard J. Bender, Assistant United States Attorney
       Matthew Bockmon, Assistant Federal Defender


Attachment:  Presentence Report   (Sacramento only)

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable William B. Shubb
United States District Judge
Sacramento, California

                      RE:    Clayton Eugene HOWARD
                                Docket Number:   2:01CR00164-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**

    **A.**    **Evidence:**

        (1)    Sparks, Nevada, Police Department arrest reports, under Case Numbers 05-6870 and 05-6863.

    **B.**    **Witnesses:**

        (1)    Sparks, Nevada, Police Officers will testify to the arrest of the offender and the circumstances involved in that arrest.

**Charge 2:**    **ASSOCIATING WITH A CONVICTED FELON**

    **A.**    **Evidence:**

        (1)    Sparks, Nevada, Police Department arrest reports, under Case

RE:   **Clayton Eugene HOWARD**
      **Docket Number:  2:01CR00164-01**
      **STATEMENT OF EVIDENCE**

        Numbers 05-6870 and 05-6863, indicating the statement of Quanah Sala, a convicted felon, that her and the offender resided together from January 2005 to May 27, 2005.

    **B.**    **Witnesses:**

        (1)    Quanah Sala, a convicted felon, will testify that she and the offender resided together from January 2005 to May 27, 2005.

**Charge 3:**    **LEAVING THE DISTRICT WITHOUT PERMISSION**

    **A.**    **Evidence:**

        (1)    Letter from United States Probation Officer Ron Crawford, dated June 6, 2005, indicating that the offender admitted traveling to Lodi, California, on May 27, 2005, without permission of his probation officer.

    **B.**    **Witnesses:**

        (1)    United States Probation Officer Ron Crawford will testify that the offender admitted traveling to Lodi, California, on May 27, 2005, without permission of his probation officer.

**Charge 4:**    **FALSIFYING THE WRITTEN MONTHLY REPORT FORM**

    **A.**    **Evidence:**

        (1)    Written monthly report forms submitted by the offender for the months of January through April 2005, falsely indicating that he

**RE:    Clayton Eugene HOWARD**
       **Docket Number:  2:01CR00164-01**
       **STATEMENT OF EVIDENCE**

was residing at 5745 Ann Madeline, Sparks, Nevada, when in fact he was also residing at 810 G Street, Sparks, Nevada, with Quanah Sala.

Respectfully submitted,

/s/   Rafael G. Loya

**RAFAEL G. LOYA**
**Supervising United States Probation Officer**


**DATED:**     June 13, 2005
              Sacramento, California
              RGL:jz

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**  Clayton Eugene HOWARD       **Docket Number:**  2:01CR00164-01

**Date of original offense:**  04/12/2001

**Original term of supervised release imposed:**  3 **years.**

**Highest grade of violation alleged:**              C

**Criminal History Category of offender:**          VI

**Chapter 7 range of imprisonment:**  8 **to** 14 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**  (*choose one below*)

| | **Class A felony - 5 years (or stat max of __ years if longer).** |
|---|---|
| __ | **Class B felony - 3 years** |
| _x_ | **Class C and/or D felony - 2 years** |
| __ | **Class E felony and misdemeanors:  1 year** |

**Violation requires mandatory revocation:  YES:** __  **NO:**  _x_ .

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

RGL:jz